23897.   SWEAT *v.* CITY OF ATLANTA.

MACINTYRE, J.   This case is controlled by the decision rendered March 28, 1934, in *Smith* v. *Atlanta*, 48 *Ga. App.* 853 (174 S. E. 171).

*Judgment affirmed.* *Broyles, C. J., and Guerry, J., concur.*

DECIDED MAY 17, 1934.

*Joe Hill Smith,* for plaintiff in error.
*J. L. Mayson, C. S. Winn, J. C. Savage,* contra.